EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR05 00155** |
| | ) | |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846; |
| JOHANNA HUEZO-AVALOS, (01) | ) | 841(a)(1) & (b)(1)(A)] |
| RICARDO GONZALEZ, (02) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

Count 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least
beginning by April 1, 2005, and continuing to April 2, 2005, in
the District of Hawaii and elsewhere, JOHANNA HUEZO-AVALOS and
RICARDO GONZALEZ, the defendants, did knowingly and intentionally
conspire together and with other persons known and unknown to the

Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

<u>Count 2</u>

The Grand Jury further charges:

That on or about April 2, 2005, in the District of Hawaii, JOHANNA HUEZO-AVALOS and RICARDO GONZALEZ, the defendants, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//

//

//

//

//

//

//

2

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

DATED: April 14, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

3